UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   ED CV 22-00960-DMG (SK)                                    Date: January 24, 2023

Title        Brittany Gamar v. Commissioner of Social Security

Present:  The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):        Attorneys Present for Defendant(s):

None present                                      None present

**Proceedings:**        (IN CHAMBERS) **ORDER TO SHOW CAUSE**

On June 9, 2022, Plaintiff, proceeding pro se, filed a complaint challenging Defendant's denial of social security benefits. (ECF 1). On June 9, 2022, the Court issued its Order re: Procedures in Social Security Appeal, which instructed Plaintiff to provide government counsel with her portion of the joint submission not later than 35 days from the filing of the answer. Alternatively, since Plaintiff is proceeding pro se, the parties had the option to file motions by the same deadline. (ECF 7). But as of the date of this Order, Plaintiff has not submitted or filed the required document, nor has Plaintiff filed a request for an extension of time to do so.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE on or before **February 10, 2023,** why this action should not be dismissed for failure to prosecute and obey court orders. Plaintiff may discharge this Order to Show Cause by submitting her portion of the joint submission to Defendant by no later than February 10, 2023 and filing a notice with the Court within 48 hours that she has timely done so. Alternatively, Plaintiff may file a brief in support of her complaint by February 10, 2023 in accordance with Rule 6 of the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g), effective as of December 1, 2022.  In that case, the parties should proceed in accordance with Supplemental Rules 7 and 8, respectively, for the Commissioner's opposition and Plaintiff's reply brief.

**Plaintiff is advised that the failure to comply with this order or to file a timely response may lead to involuntary dismissal with no further notice.** *See* Fed. R. Civ. P. 41(b); L.R. 41-1. If Plaintiff wishes to voluntarily dismiss this action, she may do so by filing the attached notice of voluntary dismissal (CV-09).