JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY LYNN GAMAR,<br><br>    Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br><br>    Defendant. | CASE NO. CV 22-00960-DMG (SK)<br><br>**JUDGMENT** |

  Pursuant to the Order Dismissing Action for Failure to Prosecute,

  **IT IS ADJUDGED** that the above-captioned action is dismissed without prejudice.

DATED: March 27, 2023

              _____
               DOLLY M. GEE
               United States District Judge